THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. State Bar No. 107881)
BONNIE L. HOBBS (Cal. State Bar No. 208525)
Assistant United States Attorneys
Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4477/4447
     Facsimile: (213) 894-3713
     E-mail:   mark.aveis@usdoj.gov
               bonnie.hobbs@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-876-DSF |
| Plaintiff, | ) <u>FINDINGS AND ORDER REGARDING</u> <u>CONTINUANCE OF TRIAL DATE AND</u> |
| v. | ) <u>EXCLUDABLE TIME PERIODS UNDER</u> <u>SPEEDY TRIAL ACT</u> |
| SAL ANTHONY SALAZAR, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Court adopts the findings of fact and conclusions of law stipulated to by the parties.

IT IS THEREFORE ORDERED that the Court: (1) deems the period from January 15, 2008 to April 22, 2008, inclusive, an excludable period under 18 U.S.C. § 3161; and (2) continues trial in this matter to April 22, 2008 at 8:00 a.m. and sets the pretrial status

1 conference in this matter for February 25, 2008 at 8:30 a.m.

2 DATED: January 15, 2008

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE