```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    MARK AVEIS (Cal. Bar No. 107881)
 4  BONNIE L. HOBBS (Cal. Bar No. 208525)
    Assistant United States Attorneys
 5  1500 United States Courthouse
    312 North Spring Street
 6  Los Angeles, California 90012
    Telephone: (213) 894-4477
 7  Facsimile: (213) 894-8601
    Email: mark.aveis@usdoj.gov
 8         Bonnie.hobbs@usdoj.gov
    Attorneys for Plaintiff
 9  United States of America
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-876-DSF |
|---|---|
| Plaintiff, | ) ORDER ON MOTION TO DISMISS |
| | ) INDICTMENT |
| v. | ) |
| | ) [No hearing required] |
| SAL ANTHONY SALAZAR, | ) |
| Defendant. | ) |

    Based on the government's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

    IT IS HEREBY ORDERED that the indictment in this case is hereby DISMISSED against defendant SAL ANTHONY SALAZAR only. Bond is hereby exonerated.

DATED: 9/5/08

                                   _____
                                   HONORABLE DALE S. FISCHER
                                   United States District Judge